UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                          Petitioners,

          -against-

TOP CITY CONTRACTING CORP.,

                          Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2026
```

25 Civ. 8143 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On October 1, 2025, Petitioners filed a petition to confirm an arbitration award.  ECF No. 1.  On January 13, 2026, Petitioners requested that the petition be reviewed as an unopposed motion for summary judgment because Respondent has not appeared in this action.  *See* ECF No. 13; *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).

The requested is GRANTED IN PART.  The Court shall consider the petition, along with accompanying documents and memorandum of law, *see* ECF Nos. 1, 5, as a motion for summary judgment.  *See D.H. Blair*, 462 F.3d at 109.  By **February 24, 2026,** Respondent shall file its opposition, if any.  By **March 10, 2026**, Petitioners shall file their reply, if any.  By **January 21, 2026**, Petitioners shall serve a copy of this order upon Respondent.  The Court shall consider Petitioners' request for service and research costs, ECF No. 13 at 2, along with the petition.

          SO ORDERED.

Dated: January 14, 2026
          New York, New York

_____
          ANALISA TORRES
          United States District Judge