USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/30/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

          Plaintiffs,

   -against-

TOP CITY CONTRACTING CORP.,

        Defendant.

---

25-CV-8143 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This matter has been referred to me for a Report and Recommendation on plaintiff's petition for confirmation of an arbitration award. (Dkt. 17.) On January 14, 2026, the Hon. Analisa Torres, United States District Judge, issued a scheduling order in this matter, giving defendant a deadline of February 24, 2026, to file its opposition to plaintiff's petition. (Dkt. 14.) That date has now come and gone.

If defendant wishes to seek an extension *nunc pro tunc* of its deadline to file an opposition, it must do so no later than **May 14, 2026**, and attach a copy of its opposition. This date will be the final opportunity for defendant to submit an opposition.

Plaintiffs must serve a copy of this order on defendant at its last known address.

Dated: New York, New York
      April 30, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**